NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARNELLE JONES MARTIN,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 2:18-cv-02392-GMN-VCF<br><br>**JOINT MOTION TO STAY FOR PURPOSES OF SETTLEMENT DISCUSSIONS**<br>**(Second Request)** |

      Troy K. Flake, Assistant United States Attorney, on behalf of Defendant United States of America, and Justin Wilson, on behalf of Plaintiff Darnelle Jones Martin, submit the following joint motion requesting that this court stay this case for 60 days so that the parties can engage in settlement discussions.

      **A.**    **Status Report**

      On February 27, 2020, the Court granted the parties' request to stay this case pending settlement. The stay expires on March 20, 2020. Prior to the stay, the parties engaged in extensive written discovery including providing initial disclosures and supplemental disclosures, requesting and producing thousands of pages of documents, subpoenaing numerous third parties, and propounding and responding to interrogatories. The parties also conducted the depositions of six witnesses including the Plaintiff and several treating providers.

**B. Settlement Discussions and Request to Stay**

The parties are engaged in productive settlement discussions. The parties have exchanged settlement offers. Currently, Plaintiff is evaluating an offer made by Defendant a few days ago. Both parties believe that further discussions may lead to resolution of this case and are negotiating in good faith. However, the ability of the Plaintiff and Defendant to evaluate settlement offers has been slowed by the significant disruption arising out of the response to pandemic Covid-19.

In order to avoid the continued expense and burden of litigation, including costly expert discovery, while the parties are engaged in good-faith negotiations, the parties jointly request that the court continue the stay in this case for an additional 60 days. This will allow them to consult with medical experts, obtain authority, exchange offers, and evaluate settlement without incurring additional litigation costs.

At the expiration of 60 days, on Friday, May 22, 2020, the parties will file a status report to the Court either: (1) notifying the Court that the parties have reached a settlement, or; (2) providing a proposed discovery plan and scheduling order setting dates by which they will complete the remaining discovery, file dispositive motions, and file a joint pretrial order.

Respectfully submitted this 19th day of February 2020.

| | |
|---|---|
| POWELL LAW FIRM | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ *Justin W. Wilson* | /s/ *Troy K. Flake* |
| JUSTIN W. WILSON, ESQ. | TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 4-6-2020